Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2758 | **DATE** | 5/23/2000 |
| **CASE TITLE** | FRANCISCO CALDERON, et al vs. A.M. CASTLE METALS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter memorandum opinion and order: Plaintiffs' applications to proceed without prepayment of fees [3-1,5-1,6-1] are hereby granted. However, plaintiffs' motions for appointment of counsel [4-1] are hereby denied without prejudice.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | Document Number |
| | No notices required. | | number of notices | | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | 5-24-00 date docketed | | |
| ✓ | Docketing to mail notices. | | | | 8 |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| CG | courtroom deputy's initials | | date mailed notice | | |
| | Date/time received in central Clerk's Office | | mailing deputy initials | | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FRANCISCO CALDERON,
HIRAM LOPEZ,
MAXIMO HERNANDEZ,

  Plaintiffs,

No. 00 C 2758
Judge Ronald A. Guzman

A. M. CASTLE METALS,

  Defendants.

DOCKETED MAY 24 2000

## MEMORANDUM OPINION AND ORDER

**GUZMAN, District Judge**

Francisco Calderon, Hiram Lopez and Maximo Hernandez have submitted Motions for Appointment of Counsel accompanied by what, although labeled an Application to Proceed Without Prepayment of Fees, is obviously intended only to provide the financial information needed to support the former. As to the Application to Proceed without prepayment of Fees plaintiffs clearly qualify for in forma pauperis treatment in financial terms. Their complaint also appears to be non-frivolous in the sense defined by *Wartman v. Milwaukee County Court,* 510 F. 2d 130, 134 (7th Cir. 1985) and *Jones v. Morris,* 777 F. 2d 1277, 1279 (7th Cir. 1985).

As for the Motion for Appointment of Counsel, which plaintiffs have tendered by completing the form provided by the District Court's Clerk's Office, its most vital portion--its



second paragraph, where an applicant is to describe the efforts he or she has made to retain counsel on his or her own–says nothing in that respect. Thus, the Motions for Appointment of Counsel are plainly inadequate.

Accordingly, plaintiffs' Application to Proceed Without Prepayment of Fees is hereby granted. However, plaintiffs' Motions for Appointment of Counsel are hereby denied without prejudice. Plaintiffs may hereafter renew their efforts to qualify for appointment under the conditions established by 28 U.S.C. § 1915.

**SO ORDERED**

ENTERED: 5/23/00

HON. RONALD A. GUZMAN
United States Judge